**Appeal Dismissed and Memorandum Opinion filed October 15, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00408-CV

---

## GIOVANNY LAGUAN, Appellant

## V.

## R.D. PARIKH, Appellee

---

**On Appeal from County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052722**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 12, 1014.  The clerk's record was filed September 16, 2014.  The reporter's record was filed December 18, 2014. No brief was filed.

On September 3, 2015, this court issued an order stating that unless appellant submitted a brief on or before October 5, 2015, the court would dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby and Brown.